```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 25880
    BARBARA RICHARDSON
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-3396


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 09/29/2008 and was not confirmed.

    The case was dismissed without confirmation 01/08/2009.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
GMAC MORTGAGE CORP        CURRENT MORTG         .00            .00           .00
CITY OF CHICAGO WATER DE  SECURED         NOT FILED            .00           .00
CHASE MANHATTAN           UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON       UNSECURED         1150.48            .00           .00
CREDIT PROTECTION ASSOCI  UNSECURED       NOT FILED            .00           .00
NATIONAL CAPITAL MANAGEM  UNSECURED          756.17            .00           .00
EVERGREEN EMERGENCY SERV  UNSECURED          549.00            .00           .00
LITTLE CO MARY HOSPITAL   UNSECURED       NOT FILED            .00           .00
RADIOLOGY IMAGING SPECIA  UNSECURED       NOT FILED            .00           .00
NATIONAL CAPITAL MANAGEM  UNSECURED          465.81            .00           .00
GMAC MORTGAGE CORPORATIO  MORTGAGE NOTI   NOT FILED            .00           .00
GMAC MORTGAGE CORP        SECURED NOT I    45880.58            .00           .00
SBC ILLINOIS              UNSECURED          657.82            .00           .00
PORTFOLIO RECOVERY        UNSECURED         1556.00            .00           .00
WILLIAM E BROOKS & ASSOC  DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------     --------------
TOTALS                        .00                     .00




               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 25880 BARBARA RICHARDSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 25880 BARBARA RICHARDSON
```